# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 1:20-cr-10174** |
| | **:** | |
| **ANTONIO GRIBAUDO** | **:** | |

## DEFENDANT'S MOTION TO ASSIGN SENTENCING

Now comes the defendant, Antonio Gribaudo, by and through counsel, with a motion to assign a sentencing date. As grounds for this motion, the defendant avers the following:

1. On or about November 19, 2020, Defendant pled to counts one and two before Judge George A. O'Toole, Jr via videoconference.

2. His original sentencing date was set for March 18, 2021 and continued a number of times by agreement. His most recent sentencing date was set for May 24, 2022,

3. The Court vacated the sentencing date of 5/24/2022 and has yet to schedule another date.

4. The defendant desires to move forward with his case.

Wherefore, the defendant respectfully requests that the Court grant his motion to assign a sentencing date.

Respectfully submitted,
Antonio Gribaudo
By his attorney,

/s/ Jason Knight
Jason Knight, #663297
One Turks Head Place Suite 1440
Providence, RI 02903
(401) 865-6075 Office
Jason.Knight@JasonKnightLaw.com
Date: June 8, 2022

## CERTIFICATION

I certify that on June 8, 2022, I served a true and accurate copy of the above document upon James E. Arnold, AUSA, via the court's electronic filing system.

/s/ Jason Knight
